B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jamos Capital, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3048211** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**644 Linn Street, Suite 1205**<br>**Cincinnati, OH**<br><br>ZIP Code **45203** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hamilton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7310 Turfway Rd, Suite 550**<br>**Florence, KY**<br><br>ZIP Code **41042** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **Kentucky**<br>**Florence, KY 41042** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."      ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jamos Capital, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Jamos Fund I, LP** | Case Number: | Date Filed: |
|---|---|---|
| District: **Eastern District of Kentucky** | Relationship: **Debtor is General Partner** | Judge: **Wise** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jamos Capital, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

**X** /s/ Dennis R. Williams
_____
Signature of Attorney for Debtor(s)

**Dennis R. Williams 77105**
_____
Printed Name of Attorney for Debtor(s)

**Adams, Stepner, Woltermann & Dusing, PLLC**
_____
Firm Name

**40 West Pike Street**
**P.O. Box 861**
**Covington, KY 41012-0861**
_____
Address

**(859) 394-6200  Fax: (859) 392-7210**
_____
Telephone Number

**February 12, 2015**
_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Patrick Weir
_____
Signature of Authorized Individual

**Patrick Weir**
_____
Printed Name of Authorized Individual

**Chief Executive Officer/ Member**
_____
Title of Authorized Individual

**February 12, 2015**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Jamos Capital, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital One, National Association c/o McGlinchey Stafford 25550 Chagrin Blvd., Suite 406 Cleveland, OH 44102** | **Capital One, National Association c/o McGlinchey Stafford 25550 Chagrin Blvd., Suite 406 Cleveland, OH 44102** | **Claims a security interest on all business assets - as defined in loan documents - perfection of lien is being reviewed by debtor at time of filing.** | **Unliquidated Disputed** | **2,925,121.44 (Unknown secured)** |
| **Cincinnati Bell P.O. Box 748003 Cincinnati, OH 45274-8003** | **Cincinnati Bell P.O. Box 748003 Cincinnati, OH 45274-8003** | **Business debt, monthly phone service , approx 2 years remaining on contract** | **Unliquidated** | **80.00** |
| **Clark Schaefer Hackett 10100 Innovation Drive, Suite 400 Miamisburg, OH 45342** | **Clark Schaefer Hackett 10100 Innovation Drive, Suite 400 Miamisburg, OH 45342** | **Accounting Services** | **Unliquidated** | **9,850.00** |
| **Dartanya Hill and on behalf of all other similarly situtatted c/o James Ballinger, Ballinger McClain 9720 Park Plaza Ave, Suite 102 Louisville, KY 40241** | **Dartanya Hill and on behalf of all others similarly situated c/o James Ballinger, Ballinger McClain Louisville, KY 40241** | **Plaintiff in Lawsuit** | **Unliquidated Disputed** | **Unknown** |
| **Dartanya Hill and on behalf of all other similarly situtatted c/o Hans G. Poppe, Poppe Law Firm 6004 Brownsboro Park Blvd, Suite E Louisville, KY 40241** | **Dartanya Hill and on behalf of all others similarly situated c/o Hans G. Poppe, Poppe Law Firm Louisville, KY 40241** | **Plainitff in Lawsuit** | **Unliquidated Disputed** | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Jamos Capital, LLC**                                              Case No.                     

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Dinsmore & Shohl LLP**<br>**101 South Fifth Street, Suite 2500**<br>**Louisville, KY 40202** | **Dinsmore & Shohl LLP**<br>**101 South Fifth Street, Suite 2500**<br>**Louisville, KY 40202** | **Legal services incurred for both debtor and affiliate.** | **Unliquidated**<br>**Disputed** | **172,911.88** |
| **Flora L. Bailey**<br>**c/o James D. Ballinger**<br>**Ballinger McClain, PLLC**<br>**9720 Park Plaza Ave., Suite 102**<br>**Louisville, KY 40241** | **Flora L. Bailey**<br>**c/o James Ballinger, Ballinger McClain**<br>**9720 Park Plaza Ave., Suite 102**<br>**Louisville, KY 40241** | **Plaintiff in Lawsuit** | **Unliquidated**<br>**Disputed** | **Unknown** |
| **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **FOR NOTICE PURPOSES ONLY** | | **Unknown** |
| **Jamos Fund 1, LP**<br>**644 Linn Street, Suite 1205**<br>**Cincinnati, OH 45203** | **Jamos Fund 1, LP**<br>**644 Linn Street, Suite 1205**<br>**Cincinnati, OH 45203** | **Promissory Note for monies loaned** | **Unliquidated** | **1,100,000.00** |
| **Kentucky Department of Revenue**<br>**Legal Branch-Bankruptcy Section**<br>**P.O Box 5222**<br>**Frankfort, KY 40602** | **Kentucky Department of Revenue**<br>**Legal Branch-Bankruptcy Section**<br>**P.O Box 5222**<br>**Frankfort, KY 40602** | **FOR NOTICE PURPOSES ONLY** | | **Unknown** |
| **Linn Street Holdings, LLC**<br>**2135 Dana Ave, Suite 200**<br>**Cincinnati, OH 45207** | **Linn Street Holdings, LLC**<br>**2135 Dana Ave, Suite 200**<br>**Cincinnati, OH 45207** | **Office Space Lease, Expires 11-30-16, monthly rent is $4,835.08.** | **Unliquidated** | **Unknown** |
| **Modern Leasing**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | **Modern Leasing**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | **Copier Lease, monthly amount, believe month-to-month lease.** | **Unliquidated** | **733.39** |
| **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | **Postage usage, ongoing monthly.** | **Unliquidated** | **1,005.00** |
| **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | **Postage Machine Lease, lease is month-to-month.** | **Unliquidated** | **514.40** |
| **Shiver Security Systems, dba Sonitrol**<br>**6404 Thonberry Court, Unit 410**<br>**Mason, OH 45040** | **Shiver Security Systems, dba Sonitrol**<br>**6404 Thonberry Court, Unit 410**<br>**Mason, OH 45040** | **Security Equipment Lease** | **Unliquidated** | **590.00** |
| **Shred-it USA**<br>**23166 Network Place**<br>**Chicago, IL 60673-1252** | **Shred-it USA**<br>**23166 Network Place**<br>**Chicago, IL 60673-1252** | **Shredding Service, approx 9 months remaing on contract.** | **Unliquidated** | **96.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Jamos Capital, LLC**                                      Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sitlinger, McGlincy & Theiler 370 Starks Bldg. 455 S. Fourth Street Louisville, KY 40202** | **Sitlinger, McGlincy & Theiler 370 Starks Bldg. 455 S. Fourth Street Louisville, KY 40202** | **Legal Services - Jamos, et al. v Endurance American Specialty** | **Unliquidated** | **5,080.00** |
| **Sitlinger, McGlincy & Theiler 370 Starks Bldg. 455 S. Fourth Street Louisville, KY 40202** | **Sitlinger, McGlincy & Theiler 370 Starks Bldg. 455 S. Fourth Street Louisville, KY 40202** | **Legal Services-Flora L. Bailey, et al v. Jamos Capital, LLC** | **Unliquidated** | **2,980.00** |
| **TW Telecom PO Box 172567 Denver, CO 80217-2567** | **TW Telecom PO Box 172567 Denver, CO 80217-2567** | **Telecom Services-Internet Service, monthly fee, approx 2 years remaining on contract.** | **Unliquidated** | **678.93** |
| **Verizon Wireless 700 Cranberry Woods Cranberry Twp., PA 16066** | **Verizon Wireless 700 Cranberry Woods Cranberry Twp., PA 16066** | **Wireless Phone Service, $370 per month, approx 2 years remaining.** | **Unliquidated** | **370.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer/ Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 12, 2015**                    Signature   **/s/ Patrick Weir**
                                                             **Patrick Weir**
                                                             **Chief Executive Officer/ Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Jamos Capital, LLC** _____,   Case No. _____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,991,020.49 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,925,121.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 1,294,889.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 2,991,020.49 | | |
| Total Liabilities | | | | 4,220,011.04 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Jamos Capital, LLC**                             ,      Case No. _____

                       Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

2/12/15 3:28PM

B6A (Official Form 6A) (12/07)

.

In re    **Jamos Capital, LLC**                                                                    ,    Case No. _____
                                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Jamos Capital, LLC**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **None** | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Certain Capital One Bank and PNC Bank Accounts closed; Funds on hand vary day to day, as of filing amount is as shown on Debtor's books; Creditor, Capital One Bank, continues to offset against accounts daily. Amounts below includes amount in name of Lien Collection Services, LLC, which is wholly owned by Debtor. The constitutes all assets of Lien Collection Services LLC and is listed as asset for Jamos Capital, LLC.** | - | 0.00 |
| | | | **Capital One Bank - in name of Lien Collection Services. Lien Collection Services is not a debtor, but wholly owned subsidiary of debtor and disclosed for purposes of clarity.** | - | 86,630.74 |
| | | | **PNC Bank in name of Jamos Capital, LLC** | - | 14,701.08 |
| | | | **PNC Bank in name of Lien Collection Services, LLC, a wholly owned subsidiary of Debtor** | - | 22,104.67 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit with Landlord- Linn Street Holdings, LLC** | - | 4,835.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 128,271.49 |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jamos Capital, LLC**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Lien Collection Services, LLC, a Kentucky Limited Liability Company, Debtor is sole member. Its business is to assist in the collection of the tax liens, provide administrative services to counsel hired to collect. It is ignored for tax purposes since Debtor is sole member.** | - | Unknown |
| | | **Jamos Florida Fund I, LLC - Sole Member, has ceased operating, no assets.** | - | Unknown |
| | | **Jamos Fund I Ky, LLC, Sole Member, has ceased operations or never operated, no assets.** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Interest in Jamos Fund I, LP, as general partner, anticipate value of assets in Jamos Fund I, LP to exceed its total debts. Interest held is approx. .0001 percent, stated value is $10,000.00.** | - | 10,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          **10,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jamos Capital, LLC**                                          ,    Case No. _____
                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor is owed various receivables on certificates of tax deliquencies, including accumulated authorized statutory fees, reimbursement of fees paid in collection, and permitted administrative fees, all totally approximate.** | - | **2,837,749.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Cause of action against Endurance American Specialty Insurance Company for having failed to provide insurance defense in litigation; for damages resulting from same, and potential bad faith claim. Value should at least equal attorneys fees incurred in defense and prosecution of Declaration of Rights action.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        **2,837,749.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jamos Capital, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **General office equipment, computers.** | - | **15,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **15,000.00** |
| (Total of this page) | |
| Total > | **2,991,020.49** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Jamos Capital, LLC**                  Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **May 6, 2011** | | | | | |
| **Capital One, National Association** c/o McGlinchey Stafford 25550 Chagrin Blvd., Suite 406 Cleveland, OH 44102 | X | - | **Security Interest** **Claims a security interest on all business assets - as defined in loan documents - perfection of lien is being reviewed by debtor at time of filing.** | | X | X | | |
| | | | Value $            **Unknown** | | | | 2,925,121.44 | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | Subtotal (Total of this page) | 2,925,121.44 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,925,121.44 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Jamos Capital, LLC**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Jamos Capital, LLC**                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | | |
| Melia Clark 1220 E. Henry Clay Ave. Covington, KY 41011 | | - | Wages, ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor. | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | 2015 | | | | | |
| Montana L. Burt 6395 Clough Pike Cincinnati, OH 45244 | | - | Wages ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor. | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | 2015 | | | | | |
| Nancy Stacks 114 Rossford Ave. Fort Thomas, KY 41075 | | - | Wages ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor. | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | 2015 | | | | | |
| Patrick Weir 309 Garrard Street, Apt. 2 Covington, KY 41011 | | - | Wages ongoing, amount due upon filing less than one week. Employee of Debtor. | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | 2015 | | | | | |
| Robert Rhodes 2542 Moorman Ave. Cincinnati, OH 45206 | | - | Wages ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor. | | | | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __1__ of __2__ continuation sheets attached to                                    Subtotal                 0.00
Schedule of Creditors Holding Unsecured Priority Claims               (Total of this page)        0.00          0.00

B6E (Official Form 6E) (4/13) - Cont.

In re **Jamos Capital, LLC**                                                          , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sheri Wong**<br>**50 Angels Way**<br>**Cincinnati, OH 45217** | - | | 2015<br><br>**Wages ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor.** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Susan Watson**<br>**3812 Lisa Lane**<br>**Alexandria, KY 41001** | - | | 2015<br><br>**Wages ongoing, amount due upon filing less than one week. Employee of Debtor.** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Susie Mathis**<br>**8701 Wicklow Ave.**<br>**Cincinnati, OH 45236** | - | | 2015<br><br>**Wages ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor.** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Tiffany Walker**<br>**3524 Harvey Ave., Apt. 601**<br>**Cincinnati, OH 45229** | - | | 2015<br><br>**Wages ongoing, amount due upon filing less than one week. Employee of Lien Collection Services, LLC, a wholly owned LLC by Debtor.** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>0.00 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 0.00<br>0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Jamos Capital, LLC**                              ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **513-101-3096 437**<br><br>**Cincinnati Bell**<br>**P.O. Box 748003**<br>**Cincinnati, OH 45274-8003** | - | | **Current**<br>**Business debt, monthly phone service,**<br>**approx  2 years remaining on contract.** | | X | | 80.00 |
| Account No.<br><br>**Clark Schaefer Hackett**<br>**10100 Innovation Drive, Suite 400**<br>**Miamisburg, OH 45342** | - | | **11/2014 through 1/2015**<br>**Accounting Services** | | X | | 9,850.00 |
| Account No.<br><br>**Dartanya Hill and on behalf of all other**<br>**similarly situtatted**<br>**c/o James Ballinger, Ballinger**<br>**McClain**<br>**9720 Park Plaza Ave, Suite 102**<br>**Louisville, KY 40241** | - | | **Plaintiff in Lawsuit** | | X | X | Unknown |
| Account No.<br><br>**Dartanya Hill and on behalf of all other**<br>**similarly situtatted**<br>**c/o Hans G. Poppe, Poppe Law Firm**<br>**6004 Brownsboro Park Blvd, Suite E**<br>**Louisville, KY 40241** | - | | **Plainitff in Lawsuit** | | X | X | Unknown |

    **4**   continuation sheets attached

Subtotal          9,930.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jamos Capital, LLC**                                                                 ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Dinsmore & Shohl LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202 | - | | | Legal Services-Incurred for both debtor and affiliate. | | X | X | 172,911.88 |
| Account No.<br><br>Flora L. Bailey<br>c/o James D. Ballinger<br>Ballinger McClain, PLLC<br>9720 Park Plaza Ave., Suite 102<br>Louisville, KY 40241 | - | | | Plaintiff in Lawsuit | | X | X | Unknown |
| Account No.<br><br>Flora L. Bailey<br>c/o Hans G. Poppe<br>Poppe Law Firm<br>6004 Brownsboro Park Blvd., Suite E<br>Louisville, KY 40241 | - | | | Plaintiff in Lawsuit | | X | X | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | | 2014<br>FOR NOTICE PURPOSES ONLY | | | | Unknown |
| Account No.<br><br>Jamos Fund 1, LP<br>644 Linn Street, Suite 1205<br>Cincinnati, OH 45203 | - | | | May 6, 2013<br>Promissory Note for monies loaned. | | X | | 1,100,000.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of                                                   Subtotal                | 1,272,911.88 |
Creditors Holding Unsecured Nonpriority Claims                                                  (Total of this page)

2/12/15  3:28PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jamos Capital, LLC**                                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Kentucky Department of Revenue** <br>**Legal Branch-Bankruptcy Section** <br>**P.O Box 5222** <br>**Frankfort, KY 40602** | - | | | 2014 <br>**FOR NOTICE PURPOSES ONLY** | | | | **Unknown** |
| Account No. <br><br>**Linn Street Holdings, LLC** <br>**2135 Dana Ave, Suite 200** <br>**Cincinnati, OH 45207** | - | | | 2013 <br>**Office Space Lease, expires 11-30-16, monthly rent $4,835.08.** | | X | | **Unknown** |
| Account No. <br><br>**Mielen Hargrove** <br>**c/o James D. Ballinger** <br>**Ballinger McClain, PLLC** <br>**9720 Park Plaza Ave., Suite 102** <br>**Louisville, KY 40241** | - | | | **Plainitff in Lawsuit** | | X | X | **Unknown** |
| Account No. <br><br>**Mielen Hargrove** <br>**c/o Hans G. Poppe** <br>**Popoe Law Firm** <br>**6004 Brownsboro Park Blvd, Suite E** <br>**Louisville, KY 40241** | - | | | **Plaintiff in Lawsuit** | | X | X | **Unknown** |
| Account No. **1196006** <br><br>**Modern Leasing** <br>**P.O. Box 790448** <br>**Saint Louis, MO 63179-0448** | - | | | December 2014 <br>**Copier Lease, monthly amount, believe month-to-month lease.** | | X | | **733.39** |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**733.39**

2/12/15 3:28PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jamos Capital, LLC** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1722356**<br><br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | - | | January 2015, monthly<br>Postage Machine Lease, lease is month-to-month. | | X | | 514.40 |
| Account No. **21783589860**<br><br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | - | | Postage usage, ongoing monthly. | | X | | 1,005.00 |
| Account No.<br><br>**Shiver Security Systems, dba Sonitrol**<br>**6404 Thonberry Court, Unit 410**<br>**Mason, OH 45040** | - | | January 2015, ongoing monthly.<br>Security Equipment Lease | | X | | 590.00 |
| Account No. **12605184**<br><br>**Shred-it USA**<br>**23166 Network Place**<br>**Chicago, IL 60673-1252** | - | | Jan 2015, monthly<br>Shredding service, approx 9 months remaining on contract. | | X | | 96.00 |
| Account No.<br><br>**Sitlinger, McGlincy & Theiler**<br>**370 Starks Bldg.**<br>**455 S. Fourth Street**<br>**Louisville, KY 40202** | - | | Dec 2014 and ongoing<br>Legal Services- Jamos, et al. v Endurance American Specialty | | X | | 5,080.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,285.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Jamos Capital, LLC**                                          , Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Sitlinger, McGlincy & Theiler<br>370 Starks Bldg.<br>455 S. Fourth Street<br>Louisville, KY 40202 | - | | December 2014, ongoing<br>Legal Services-Flora L. Bailey, et al v. Jamos Capital, LLC | | X | | 2,980.00 |
| Account No. 333152<br><br>TW Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | - | | December 2014, monthly<br>Telecom Services- internet service, monthly fee, approx 2 years remaining on contract. | | X | | 678.93 |
| Account No. 5139851900<br><br>Verizon Wireless<br>700 Cranberry Woods<br>Cranberry Twp., PA 16066 | - | | Wireless Phone Service, $370 per month, approx 2 years remaining. | | X | | 370.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,028.93**

Total (Report on Summary of Schedules) **1,294,889.60**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **Jamos Capital, LLC**
_____ ,   Case No. _____
                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cincinnati Bell**<br>**P.O. Box 748003**<br>**Cincinnati, OH 45274-8003** | **Phone Service, $80.00 per month, 3 year contract,**<br>**2 years approx remaining.** |
| **Cooney Faulkner Stevens**<br>**3536 Edwards Road, Suite 201**<br>**Cincinnati, OH 45208** | **Contract for accounting services ongoing.** |
| **Greg Voss, Esq.**<br>**2131 Chamber Center Drive**<br>**Ft. Mitchell, KY 41017** | **Legal services contract with debtor or affiliate.** |
| **Jerry Higgins**<br>**3426 Paoli Pike**<br>**Floyds Knobs, IN 47119** | **Contract for legal services collecting deliquent**<br>**tax claims ongoing.** |
| **Law Offices of Jessica Lantaff, LLC**<br>**644 Linn Street, Suite 1213**<br>**Cincinnati, OH 45203** | **Contract for legal services collecting deliquent**<br>**taxes ongoing.** |
| **Lien Collection Services, LLC**<br>**Same as Debtor** | **Contract for facilitating collections by various**<br>**attorneys of monies on deliquent tax claims.** |
| **Linn Street Holdings**<br>**2135 Dana Ave, Suite 200**<br>**Cincinnati, OH 45207** | **Office Space Lease, expires November 30, 2016.** |
| **Matthew Cline**<br>**644 Linn Street, Suite 1207**<br>**Cincinnati, OH 45203** | **Contract for legal services, collecting deliquent**<br>**taxes, ongoing.** |
| **Modern Leasing**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | **Copier Lease , $324 per month.** |
| **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | **Postage Meter Lease,  $514 quarterly.** |
| **Shiver Security Systems, dba Sonitrol**<br>**6404 Thonberry Court, Unit 410**<br>**Mason, OH 45040** | **Security Equipment - $590 per month lease on**<br>**equipment.** |
| **Shred-it USA**<br>**23166 Network Place**<br>**Chicago, IL 60673-1252** | **Monthly fee for shredding services.** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re      **Jamos Capital, LLC**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Sitlinger, McGlincy & Theiler**<br>**370 Starks Bldg.**<br>**455 S. Fourth Street**<br>**Louisville, KY 40202** | **Performing legal services currently in litigation.** |
| **TW Telecom**<br>**PO Box 172567**<br>**Denver, CO 80217-2567** | **Internet Access Contract, $679 per month, approx. 2 years remaining on contract.** |
| **Verizon Wireless**<br>**700 Cranberry Woods**<br>**Cranberry Twp., PA 16066** | **Cellular Phone Service,  $370.00 per month,  2 years remaining on contract.** |

Sheet __1__ of __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Jamos Capital, LLC**                    ,     Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jamos Florida Fund I, LLC**<br>**Same as Debtor**<br>  **Jamos Florida Fund I, LLC., has ceased business and has no assets.** | **Capital One, National Association**<br>**c/o McGlinchey Stafford**<br>**25550 Chagrin Blvd., Suite 406**<br>**Cleveland, OH 44102** |
| **Jamos Fund I KY, LLC**<br>**Same as Debtor**<br>  **Jamos Fund I KY, LLC has ceased business and has no assets.** | **Capital One, National Association**<br>**c/o McGlinchey Stafford**<br>**25550 Chagrin Blvd., Suite 406**<br>**Cleveland, OH 44102** |
| **Jamos Fund I, LP**<br>**644 Linn Street, Suite 1205**<br>**Cincinnati, OH 45293**<br>  **Debtor also guarantees debt of Jamos Fund LP to Capital One Bank.** | **Capital One, National Association**<br>**c/o McGlinchey Stafford**<br>**25550 Chagrin Blvd., Suite 406**<br>**Cleveland, OH 44102** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Jamos Capital, LLC**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer/ Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 12, 2015**

Signature  **/s/ Patrick Weir**
          **Patrick Weir**
          **Chief Executive Officer/ Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    __Jamos Capital, LLC__                                       Case No.
                                      Debtor(s)                 Chapter     __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,708,685.00** | **Business Operations 2012** |
| **$851,164.00** | **Business Operations 2013** |

---

**2. Income other than from employment or operation of business**

None

■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

              AMOUNT                   SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Paycor** | **2-4-15 for Payroll** | **$7,061.85** | **$0.00** |
| **Jerry Higgins<br>3426 Paoli Pike<br>Floyds Knobs, IN 47119** | **2-4-15 - Payment for foreclosure work; paid through Lien Collection Services, LLC.** | **$6,978.52** | **$0.00** |
| **Jerry Higgins<br>3426 Paoli Pike<br>Floyds Knobs, IN 47119** | **2-4-2015 - Advance for foreclosure filing fees paid through Lien Collection Services, LLC.** | **$20,000.00** | **$0.00** |

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Only normal wages** | | **$0.00** | **$0.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Flora Bailey, et. al. vs. Jamos Fund I, LP, et al, (including debtor), Case No. 10-CI-03403** | **Class action challenging way tax debt and associated fees are calculated.** | **Jefferson Circuit Court, Div. 6, Louisville, Kentucky** | **Case pending, class certification recently granted and being appealed.** |
| **Jamos Capital LL, et. al. vs. Endurance American Specialty Insurance Company, Case No. 12-CI-3380.** | **Declaration of Rights action seeking insurance coverage for litigation. Circuit Court has ruled debtor entitled to coverage. Case was appealed.** | **Kentucky Court of Appeals** | **Case currently pending** |
| **Capital One National Association, Hamilton County Court of Common Pleas, A1407572** | **Action on Loan Agreement seeking appoitment of receiver and judgment.** | **Hamilton County Court of Common Pleas Cincinnati, Ohio** | **Case recently filed, action pending.** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None |
|:----:|
| ■ |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

| None |
|:----:|
| ■ |

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

| None |
|:----:|
| ■ |

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

| None |
|:----:|
| ☐ |

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Adams, Stepner, Woltermann & Dusing, PLL**<br>**40 West Pike Street**<br>**P.O. Box 861**<br>**Covington, KY 41012-0861** | **January 16, 2015** | **Payment of $10,000.00 Retainer was received January 16, 2015, $6,717.00 billed and paid prepetition for legal services in preparing filing, including the filing fee for this petition, balance of $3,283.00 held in escrow pending further order of this Court.** |

## 10. Other transfers

| None |
|:----:|
| ■ |

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None □    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Capital One Bank**<br>**P.O. Box 85139**<br>**Henrico, VA 23238** | **Checking Account** | **Account still open, but swept regularly, no funds on hand.** |

---

**12.  Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None □    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Capital One, National Association**<br>**c/o McGlinchey Stafford**<br>**25550 Chagrin Blvd., Suite 406**<br>**Cleveland, OH 44102** | **Numerous setoffs via sweeping bank accounts, all within 90 days of filing of petition.** | **$240,000 plus** |

---

**14.  Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None □    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **10765 Reading Road, Cincinnati, Ohio** | **Same** | **May 2013 to October 2013** |

B7 (Official Form 7) (04/13)
6

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8040 Hosbrook Road, Suite 400, Cincinnati, Ohio** | **Same** | **October 2013 until 2014** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Jamos Fund 1, LP** | | | **Company purchased delilquent real estate tax bills, collected same. Debtor is General Partner. Jamos Fund I, LP has filed a companion Chapter 11 Petititon with this Court. Tax Id is 26-3445844. Business is ongoing.** | **2009 and still ongoing** |
| **Jamos Florida Fund I, LLC** | | **Same as Debtor** | **Form to buy deliquent tax claims in Florida.** | **Ceased operations 2010 or 2011, all assets liquidated** |
| **Jamos Fund I Ky, LLC** | | **Same as Debtor** | **Form with intent to use to purchase deliquent tax claims,  never operational** | |
| **Lien Collection Services, LLC** | | **Same as Debtor** | **Collection services for attorneys who pursued collection of tax claims for debtor and affiliates.** | **Ongoing** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

___

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

___

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Cooney Faulkner Stevens**<br>**3536 Edwards Road, Suite 201**<br>**Cincinnati, OH 45208** | **October 2013 through present and ongoing** |
| **Clark Schaefer Hackett**<br>**10100 Innovation Drive, Suite 400**<br>**Miamisburg, OH 45342** | **Prior to October 2013** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

2/12/15  3:28PM

B7 (Official Form 7) (04/13)
8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Cooney Faulkner Stevens** | **3536 Edwards Road, Suite 201** |
| | **Cincinnati, OH 45208** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Capital One, National Association** | **At time of loan and regular intervals for** |
| **c/o McGlinchey Stafford** | **borrowing base calculations** |
| **25550 Chagrin Blvd., Suite 406** | |
| **Cleveland, OH 44102** | |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| **SEE LIST OF EQUITY HOLDERS** | | |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Only normal wages to officer** | | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 12, 2015**            Signature  **/s/ Patrick Weir**

**Patrick Weir**
**Chief Executive Officer/ Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Jamos Capital, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .......... $ _____

Prior to the filing of this statement I have received .......... $ _____

Balance Due .......... $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .......... $ **3,283.00**

The undersigned shall bill against the retainer at an hourly rate of .......... $ **275.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Payment of $10,000.00 Retainer was received January 16, 2015, $6,717.00 billed and paid prepetition for legal services in preparing filing,  including the filing fee for this petition,  balance of $3,283.00 held in escrow pending further order of this Court.**

3. The source of compensation to be paid to me is:

☐ Debtor   ■ Other (specify):   **By Debtor and/or affiliate or associated debtor.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Jamos Capital, LLC**                                           Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

Dated:    **February 12, 2015**                         **/s/ Dennis R. Williams**
_____            **Dennis R. Williams 77105**
                                            **Adams, Stepner, Woltermann & Dusing, PLLC**
                                            **40 West Pike Street**
                                            **P.O. Box 861**
                                            **Covington, KY 41012-0861**
                                            **(859) 394-6200   Fax: (859) 392-7210**

# United States Bankruptcy Court

## Eastern District of Kentucky

In re      **Jamos Capital, LLC** _____ ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Billy Kramer III**<br>**8621 Charleston Ridge**<br>**Mason, OH 45040** | | **25 Units** | **Membership Units** |
| **Dave J. Buffenbarger**<br>**5085 Rhodes Court**<br>**Mason, OH 45040** | | **25 Units** | **Membership Units** |
| **Dawn Hoosier**<br>**8047 Blairhouse Drive**<br>**Cincinnati, OH 45244** | | **25 Units** | **Membership Units** |
| **Eric E. Ott**<br>**1991 Williams Creek Way**<br>**Ft. Mitchell, KY 41017** | | **190 Units** | **Membership Units** |
| **Greg Kramer**<br>**9014 Symmesridge Lane**<br>**Loveland, OH 45140** | | **25 Units** | **Membership Units** |
| **Gregory F. Martini**<br>**7032 Beech Hollow Drive**<br>**Cincinnati, OH 45236** | | **240 Units** | **Membership Units** |
| **Hans Philippo**<br>**929 Humes Ridge Road**<br>**Williamstown, KY 41097** | | **55 Units** | **Membership Units** |
| **Jacobs Oliver, LLC**<br>**6476 Kenview Drive**<br>**Cincinnati, OH 45243** | | **110 Units** | **Membership Units** |
| **John E. Rubenbauer**<br>**10250 Stablehand Drive**<br>**Cincinnati, OH 45242** | | **55 Units** | **Membership Units** |
| **John Oliver**<br>**6476 Kenview Drive**<br>**Cincinnati, OH 45243** | | **25 Units** | **Membership Units** |
| **Patrick Weir**<br>**309 Garrard Street, Apt 2**<br>**Covington, KY 41011** | | **15 Units** | **Membership units** |

__**1**_____ continuation sheets attached to List of Equity Security Holders

In re    **Jamos Capital, LLC**                                                    Case No. _____

,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven R. Sutermeister**<br>**7433 Pinehurst Drive**<br>**Loveland, OH 45140** | | **240 Units** | **Membership Units** |
| **Sue Watson**<br>**3812 Lisa Lane**<br>**Alexandria, KY 41001** | | **15 Units** | **Membership Units** |
| **Terry S. Jacobs**<br>**6561 Madeira Hills Drive**<br>**Cincinnati, OH 45243** | | **190 Units** | **Membership Units** |
| **Thomas R. Shepard**<br>**2145 Luray Ave., Unit 4S**<br>**Cincinnati, OH 45206** | | **80 Units** | **Membership Units** |
| **Thomas R. Shepard, IRA**<br>**c/o Thomas Shepard**<br>**2145 Luray Ave. Unit 4S**<br>**Cincinnati, OH 45206** | | **277 Units** | **Membership Units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer/ Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 12, 2015**_____        Signature  **/s/ Patrick Weir**_____

**Patrick Weir**
**Chief Executive Officer/ Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Jamos Capital, LLC** _____

                                  Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF MAILING LIST MATRIX


I, the Chief Executive Officer/ Member of the corporation named as the petitioner(s) in the above-styled bankruptcy action,

declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of  **5** 

page(s) is true and correct and complete, to the best of my (our) knowledge.



Date:   **February 12, 2015** _____

                  **/s/ Patrick Weir** _____

                  **Patrick Weir**/**Chief Executive Officer/ Member**

                  Signer/Title


I, _____**Dennis R. Williams 77105**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of  **5**  page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.



Date:   **February 12, 2015** _____

                  **/s/ Dennis R. Williams** _____

                  Signature of Attorney

                  **Dennis R. Williams 77105**

                  **Adams, Stepner, Woltermann & Dusing, PLLC**

                  **40 West Pike Street**

                  **P.O. Box 861**

                  **Covington, KY 41012-0861**

                  **(859) 394-6200  Fax: (859) 392-7210**

Capital One, National Association
c/o McGlinchey Stafford
25550 Chagrin Blvd., Suite 406
Cleveland OH 44102


Cincinnati Bell
P.O. Box 748003
Cincinnati OH 45274-8003


Cincinnati Bell
P.O. Box 748003
Cincinnati OH 45274-8003


Clark Schaefer Hackett
10100 Innovation Drive, Suite 400
Miamisburg OH 45342


Cooney Faulkner Stevens
3536 Edwards Road, Suite 201
Cincinnati OH 45208


Dartanya Hill and on behalf of all other
similarly situtatted
c/o James Ballinger, Ballinger McClain
9720 Park Plaza Ave, Suite 102
Louisville KY 40241


Dartanya Hill and on behalf of all other
similarly situtatted
c/o Hans G. Poppe, Poppe Law Firm
6004 Brownsboro Park Blvd, Suite E
Louisville KY 40241


Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville KY 40202


Flora L. Bailey
c/o James D. Ballinger
Ballinger McClain, PLLC
9720 Park Plaza Ave., Suite 102
Louisville KY 40241

Flora L. Bailey
c/o Hans G. Poppe
Poppe Law Firm
6004 Brownsboro Park Blvd., Suite E
Louisville KY 40241


Greg Voss, Esq.
2131 Chamber Center Drive
Ft. Mitchell KY 41017


Internal Revenue Service
P. O. Box 7346
Philadelphia PA 19101-7346


Jamos Florida Fund I, LLC
Same as Debtor


Jamos Fund 1, LP
644 Linn Street, Suite 1205
Cincinnati OH 45203


Jamos Fund I KY, LLC
Same as Debtor


Jamos Fund I, LP
644 Linn Street, Suite 1205
Cincinnati OH 45293


Jerry Higgins
3426 Paoli Pike
Floyds Knobs IN 47119


Kentucky Department of Revenue
Legal Branch-Bankruptcy Section
P.O Box 5222
Frankfort KY 40602


Law Offices of Jessica Lantaff, LLC
644 Linn Street, Suite 1213
Cincinnati OH 45203


Lien Collection Services, LLC
Same as Debtor

Linn Street Holdings
2135 Dana Ave, Suite 200
Cincinnati OH 45207


Linn Street Holdings, LLC
2135 Dana Ave, Suite 200
Cincinnati OH 45207


Matthew Cline
644 Linn Street, Suite 1207
Cincinnati OH 45203


Melia Clark
1220 E. Henry Clay Ave.
Covington KY 41011


Mielen Hargrove
c/o James D. Ballinger
Ballinger McClain, PLLC
9720 Park Plaza Ave., Suite 102
Louisville KY 40241


Mielen Hargrove
c/o Hans G. Poppe
Popoe Law Firm
6004 Brownsboro Park Blvd, Suite E
Louisville KY 40241


Modern Leasing
P.O. Box 790448
Saint Louis MO 63179-0448


Modern Leasing
P.O. Box 790448
Saint Louis MO 63179-0448


Montana L. Burt
6395 Clough Pike
Cincinnati OH 45244


Nancy Stacks
114 Rossford Ave.
Fort Thomas KY 41075

Patrick Weir
309 Garrard Street, Apt. 2
Covington KY 41011


Pitney Bowes
2225 American Drive
Neenah WI 54956-1005


Pitney Bowes
2225 American Drive
Neenah WI 54956-1005


Pitney Bowes
2225 American Drive
Neenah WI 54956-1005


Robert Rhodes
2542 Moorman Ave.
Cincinnati OH 45206


Sheri Wong
50 Angels Way
Cincinnati OH 45217


Shiver Security Systems, dba Sonitrol
6404 Thonberry Court, Unit 410
Mason OH 45040


Shiver Security Systems, dba Sonitrol
6404 Thonberry Court, Unit 410
Mason OH 45040


Shred-it USA
23166 Network Place
Chicago IL 60673-1252


Shred-it USA
23166 Network Place
Chicago IL 60673-1252


Sitlinger, McGlincy & Theiler
370 Starks Bldg.
455 S. Fourth Street
Louisville KY 40202

```
Sitlinger, McGlincy & Theiler
370 Starks Bldg.
455 S. Fourth Street
Louisville KY 40202


Sitlinger, McGlincy & Theiler
370 Starks Bldg.
455 S. Fourth Street
Louisville KY 40202


Susan Watson
3812 Lisa Lane
Alexandria KY 41001


Susie Mathis
8701 Wicklow Ave.
Cincinnati OH 45236


Tiffany Walker
3524 Harvey Ave., Apt. 601
Cincinnati OH 45229


TW Telecom
PO Box 172567
Denver CO 80217-2567


TW Telecom
PO Box 172567
Denver CO 80217-2567


Verizon Wireless
700 Cranberry Woods
Cranberry Twp. PA 16066


Verizon Wireless
700 Cranberry Woods
Cranberry Twp. PA 16066
```

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Jamos Capital, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Jamos Capital, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 12, 2015**

Date

**/s/ Dennis R. Williams**

**Dennis R. Williams 77105**

Signature of Attorney or Litigant

Counsel for    **Jamos Capital, LLC**

**Adams, Stepner, Woltermann & Dusing, PLLC**

**40 West Pike Street**
**P.O. Box 861**
**Covington, KY 41012-0861**
**(859) 394-6200 Fax:(859) 392-7210**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:                                    CASE NO. _____

**JAMOS CAPITAL, LLC**                    **CHAPTER 11**

      **DEBTOR**

---

## BUSINESS INCOME AND EXPENSES

---

**Jamos Capital, LLC**
**Business Income and Expenses**

| | | |
|---|---:|---|
| Estimated monthly management fee income | $ 10,000 | |
| Estimated monthly services income | 500 | |
| Estimated monthly answer fee income | 6,000 | |
| Estimated monthly admin fees collected | 5,500 | |
| Estimated monthly pre-lit fees collected | 30,000 | |
| Estimated gross monthly receipts | 52,000 | |
| Employee payroll and taxes | 43,000 | |
| Rent | 4,835 | Both Capital and Fund |
| Office expenses and supplies | 2,690 | |
| Lien releases | 2,000 | |
| Travel and entertainment | 1,000 | |
| Equipment rental and leases | 326 | |
| Legal, accounting and other professional fees | 10,000 | Collection work |
| Employee benefits | 3,000 | |
| Telecomm and networking | 2,030 | |
| Postage and delivery | 2,025 | |
| Estimated monthly expenses/outflows | 70,906 | |
| Estimated average net monthly income/receipts | $ (18,906) | |

## United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Jamos Capital, LLC** _____    Case No. _____

                                    Debtor(s)    Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Patrick Weir**, declare under penalty of perjury that I am the **Chief Executive Officer/ Member** of **Jamos Capital, LLC**, and that the following is a true and correct copy of the written action statements and/or resolutions adopted by the Board of Directors of said company on the dates indicated.

See Attachments

Date _____    Signed _____

                                              **Patrick Weir**

Resolution of Board of Directors
of
**Jamos Capital, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Patrick Weir, Chief Executive Officer/ Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Patrick Weir, Chief Executive Officer/ Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Patrick Weir, Chief Executive Officer/ Member** of this Corporation is authorized and directed to employ **Dennis R. Williams 77105**, attorney and the law firm of **Adams, Stepner, Woltermann & Dusing, PLLC** to represent the corporation in such bankruptcy case.

Date _____     Signed _____


Date _____     Signed _____

Case 15-20186-tnw   Doc 1   Filed 02/12/15   Entered 02/12/15 15:37:08   Desc Main
Document       Page 50 of 57

**RESOLVED**, that the Authorized Person is authorized and empowered, on behalf of and in the name of the Company and the other Jamos Entities, to execute and/or file, or cause to be executed and/or filed, all necessary documents, including but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in connection with the execution and/or filing to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action, that he deems necessary, proper or desirable in connection with the bankruptcy case(s) contemplated hereby, with a view to the successful prosecution of such case(s) including, without limitation, taking such actions as may be necessary or appropriate to initiate or convert the case to one that proceeds under a different chapter of the Bankruptcy Code; and

**RESOLVED** that the Company be, and hereby is, authorized to file a Voluntary Petition for Bankruptcy under Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED** that Patrick Weir is designated as the "Authorized Person" is hereby, an authorized signatory in connection with the Chapter 11 proceedings authorized herein; and it is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify, and/or file or cause to be filed, executed, and/or verified (or direct others to do so on his behalf) all necessary documents, including without limitation, all petitions, affidavits, schedules, motions, lists, applications, and pleadings; and is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that they deem necessary, proper, or desirable in connection with the Chapter 11 case, including any and all action necessary, proper, or desirable relating to the successful prosecution of such Chapter 11 proceedings; and it is further

**RESOLVED** that, pursuant to Rules 4002 and 9001(5)(A) of the Federal Rules of Bankruptcy Procedure, the Authorized Person be, and hereby is, authorized and empowered to be responsible for performing the duties of the Company as a debtor in bankruptcy and shall perform such duties; and it is further

**RESOLVED** that Dennis R. Williams and the law firm of Adams, Stepner, Woltermann & Dusing, P.L.L.C. be, and hereby are, employed under a general retainer to render legal services to, and to represent, the Company as general bankruptcy counsel in connection with the Chapter 11 case and any other related matters in connection therewith, as general restructuring counsel and on such terms as the Authorized Person shall approve.

**FURTHER RESOLVED**, that all acts done or actions taken by the Authorized Person to seek relief on behalf of the Company and the other Jamos Entities in connection with the Chapter 11 case(s), or any matter related thereto, if necessary, be and they hereby are adopted, ratified, confirmed and approved in all respects; and

2

Jamos Capital - Action of Members Authorizing Bankruptcy:1197855_1

**FURTHER RESOLVED,** that if less than all of the members of the Company consent to the taking of this action, then the Company shall promptly give notice of this action to any member entitled to vote who has not consented to this action pursuant to Section 10.4(b) of the Operating Agreement; and

**FURTHER RESOLVED,** that this action may be signed by the members in one or more counterparts, all of which shall constitute one written action; and

**FURTHER RESOLVED,** that the Authorized Person and any other designate of the Authorized Person or officer or director of the Company be and hereby is authorized and empowered to certify the foregoing resolutions.

*[signature pages follow]*

3

The undersigned have executed this written action without a meeting effective as of January 21, 2015.

MEMBER:

Thomas R. Shepard
Individually, and on behalf of the Thomas
R. Shepard IRA

The undersigned have executed this written action without a meeting effective as of January 21, 2015.

MEMBER:

*[signature]*

Terry S. Jacobs

The undersigned have executed this written action without a meeting effective as of January 21, 2015.

**MEMBER:**

Patrick Weir

The undersigned have executed this written action without a meeting effective as of January 21, 2015.

**MEMBER:**

Sue Watson
_____
Sue Watson

The undersigned have executed this written action without a meeting effective as of January 21, 2015.

**MEMBER:**

_____

Steven R. Süttermeister

**JAMOS CAPITAL, LLC**
**WRITTEN ACTION OF THE MEMBERS WITHOUT A MEETING**

Pursuant to the authority of Section 10.4 of the Operating Agreement of Jamos Capital, LLC dated July 25, 2008, as amended (the "Operating Agreement"), the undersigned members of Jamos Capital, LLC (the "Company") waive notice and adopt the following resolutions by written action without a meeting:

WHEREAS, Section 10.4(a) of the Operating Agreement permits any action required or permitted to be taken at a meeting of the members to be taken without a meeting and without prior notice if such action is taken by the members having not less than the minimum number of votes that would be necessary to take such action at a meeting;

WHEREAS, the members holding at least a majority of the Units of the Company may consent to an action by the Board of Directors of the Company (the "Board") to file a voluntary petition in bankruptcy by the Company; and

WHEREAS, the Board has determined in its sound business judgment it is in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in which the authority to operate as a debtor in possession will be sought, in order to seek to maximize the recoveries to all constituencies, to authorize the Company to proceed with a filing in United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court") seeking relief under the provisions of Title 11 on behalf of Jamos Fund I, LP ("Jamos Fund") and its subsidiaries Jamos Fund I KY, LLC ("Jamos KY") and Jamos Florida Fund I, LLC ("Jamos Florida"), as well as on behalf of the Company and its subsidiary Lien Collection Services, LLC ("LCS" and, when LCS is referred to together with the Company, Jamos Fund, Jamos KY, and Jamos Florida, the "Jamos Entities"); and

WHEREAS, the undersigned members own at least a majority of the Units of the Company.

**NOW THEREFORE, BE IT**

RESOLVED, that the decision of the Board to authorize the Company to proceed with the filing in Bankruptcy Court seeking relief under the provisions of the Bankruptcy Code on behalf of the Company and the other Jamos Entities is hereby approved, ratified, and confirmed; and

RESOLVED, that any representative designated by the Board (the "Authorized Person") is authorized and empowered, on behalf of the Company and the other Jamos Entities, to execute and verify a petition in the name of the Company and the other Jamos Entities under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Person, upon the advice of counsel, shall determine; and

1